IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**REPUBLIC FIRE & CASUALTY**
**INSURANCE COMPANY** **PLAINTIFF**

VS. CIVIL ACTION NO.: 4:10cv037-A-S

**MARK AZLIN D/B/A THE BOURBON MALL;**
**THE BOURBON MALL, INC.; AND**
**PLANTERS BANK & TRUST COMPANY** **DEFENDANTS**

## ORDER EXTENDING TIME FOR RESPONSE

**THIS CAUSE,** having come before the Court on the motion, *ore tenus*, of Defendant Planters Bank & Trust Company, through counsel, for an extension of time until June 18, 2010, to respond to the Plaintiff's Complaint for Declaratory Judgment, and the Court, being advised that the Plaintiff has no objection to the requested extension of time finds that said motion is well taken and should be granted;

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that the time for a response by Defendant Planters Bank & Trust Company to Plaintiff's Complaint for Declaratory Judgment be, and the same is hereby, extended to June 18, 2010.

**ORDERED,** this the 1st day of June, 2010.

/s/David A. Sanders
**HONORABLE DAVID A. SANDERS**
**U. S. MAGISTRATE COURT JUDGE**