# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**REPUBLIC FIRE & CASUALTY**
**INSURANCE COMPANY**                                                                      **PLAINTIFF**

**VS.**                                                        **CIVIL ACTION NO.: 4:10cv037-A-S**

**MARK AZLIN D/B/A THE BOURBON MALL;**
**THE BOURBON MALL, INC.; AND**
**PLANTERS BANK & TRUST COMPANY**                                        **DEFENDANTS**

### ORDER EXTENDING TIME FOR RESPONSE

**THIS CAUSE,** having come before the Court on the motion, *ore tenus*, of Defendant

Planters Bank & Trust Company, through counsel, for an extension of time until Monday, August

16, 2010, to respond to the Plaintiff's Complaint for Declaratory Judgment, and the Court, being

advised that the Plaintiff has no objection to the requested extension of time finds that said motion

is well taken and should be granted;

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that the time for a response by

Defendant Planters Bank & Trust Company to Plaintiff's Complaint for Declaratory Judgment be,

and the same is hereby, extended to Monday, August 16, 2010.

**ORDERED,** this the 15th day of July, 2010.

/s/David A. Sanders
**HONORABLE DAVID A. SANDERS**
**U. S. MAGISTRATE COURT JUDGE**

**APPROVED:**


**/s/ Harold H. Mitchell, Jr.**
**HAROLD H. MITCHELL, JR., MSB NO. 3368**
**Attorney for Planters Bank & Trust Company**


**/s/ Dan W. Webb /s/ by Harold H. Mitchell, Jr. with Permission**
**DAN W. WEBB, MSB NO. 7051**
**Attorney for Republic Fire & Casualty Insurance**
**Company**