IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

REPUBLIC FIRE & CASUALTY
INSURANCE COMPANY                                                                PLAINTIFF

VS.                                                      CIVIL ACTION NO.: 4:10cv037-A-S

MARK AZLIN D/B/A THE BOURBON MALL;
THE BOURBON MALL, INC.; AND
PLANTERS BANK & TRUST COMPANY                                        DEFENDANTS

## ORDER EXTENDING TIME FOR RESPONSE

**THIS CAUSE,** having come before the Court on the motion, *ore tenus*, of Defendant Planters Bank & Trust Company, through counsel, for an extension of time until Wednesday, September 15, 2010, to respond to the Plaintiff's Complaint for Declaratory Judgment, and the Court, being advised that the Plaintiff has no objection to the requested extension of time finds that said motion is well taken and should be granted;

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that the time for a response by Defendant Planters Bank & Trust Company to Plaintiff's Complaint for Declaratory Judgment be, and the same is hereby, extended to Wednesday, September 15, 2010.

**ORDERED,** this the 2nd day of September, 2010.

/s/David A. Sanders
**HONORABLE DAVID A. SANDERS**
**U. S. MAGISTRATE COURT JUDGE**