IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| REPUBLIC FIRE & CASUALTY INSURANCE COMPANY | PLAINTIFF |
| VS. | CIVIL ACTION NO.: 4:10cv037-A-S |
| MARK AZLIN D/B/A THE BOURBON MALL; THE BOURBON MALL, INC.; AND PLANTERS BANK & TRUST COMPANY | DEFENDANTS |

## ORDER EXTENDING TIME FOR RESPONSE

This matter is before the court on the *ore tenus* motion of defendant Planters Bank & Trust Company for an extension of time to respond to the complaint. The court has extended the deadline for Planters to answer six times, and they are the only original defendant who has failed to respond. After considering the motion and record in this case, the court will grant this motion in part but will not allow additional extensions.

IT IS, THEREFORE, ORDERED that the defendant's *ore tenus* motion is granted in part and denied in part. Defendant Planters Bank & Trust Company must respond to Plaintiff's Complaint for Declaratory Judgment no later than Monday, September 27, 2010.

**ORDERED,** this the 16th day of September, 2010.

/s/David A. Sanders
**HONORABLE DAVID A. SANDERS**
**U. S. MAGISTRATE COURT JUDGE**