IN THE UNITED STATES DISTRICT COURT OF THE
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**REPUBLIC FIRE AND CASUALTY**
**INSURANCE COMPANY**                                                                           **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO.: 4:10CV37-A-S**

**MARK AZLIN D/B/A THE BOURBON MALL**
**and THE BOURBON MALL, INC.**                                  **DEFENDANTS/**
                                                                                              **COUNTER-PLAINTIFFS**

**AND**

**RANDAL R. HENSON;**
**MID-DELTA INSURANCE AGENCY, INC.;**
**and XYZ INSURANCE/BONDING COMPANY/IES**      **THIRD-PARTY DEFENDANTS**

## ORDER

This matter is before the court on the defendants/counter-plaintiffs' motion to quash or modify subpoenas and/or for protective order (#124). After considering the motion and the response thereto, and after conducting a hearing on the matter, the court finds as follows: For the reasons announced by the court on the record at the conclusion of the parties' oral argument on March 30, 2011, the court finds that the motion should be GRANTED IN PART AND DENIED IN PART. Specifically, the court finds as follows:

(1) The Greenville Clinic Subpoena is limited to records from January 2006 forward.

(2) The Home Insurance Company, The Home Insurance Agency, Inc. and Foremost Affiliated Insurance Services, Inc. Subpoenas, Paragraphs 1,2,3, and 9, are limited to records from January 2006 forward.

(3) The Southern Bankcorp Bank Subpoena in limited to records from January 2008 forward.

(4) The Pioneer Investment, LLC Subpoena is limited to records from January 2006 forward and only to documents related to withdrawals or additions from the fund and to any

loans from or against the fund.

(5) The Sunland Construction, Inc. and Pace Investigations Subpoenas are limited to records related to income or pay received and any information related to sick leave, counseling services or workers compensation.

IT IS, THEREFORE, ORDERED that the motion to quash or modify the subpoenas (# 124) is hereby granted in part and denied in part pursuant to the order of the court and that the parties are to bear their own costs.

SO ORDERED, this the 31st day of March, 2011.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE