IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**REPUBLIC FIRE & CASUALTY**
**INSURANCE COMPANY**                    PLAINTIFF/COUNTER-DEFENDANT
                                         THIRD-PARTY PLAINTIFF

v.                                       No. 4:10CV00037-SA-JMV

**MARK AZLIN doing business as**
**THE BOURBON MALL, ET AL.**             DEFENDANTS/COUNTER-PLAINTIFFS

**AND**

**RANDAL R. HENSON, ET AL.**             THIRD-PARTY DEFENDANTS

## ORDER

Before the court is Republic Fire and Casualty Company's motion to sever its third-party claims against Randal R. Henson, Mid-Delta Insurance Agency, Inc., and XYZ Insurance/Bonding Company/ies into a separate cause of action. The court has considered the submissions of the parties and the record and finds that the motion should be denied. Because the trial of this case has been reset to begin on March 11, 2013, there is ample time to develop any issues related to Republic's third-party complaint and, thus, no need to sever that portion of the case. Therefore,

IT IS ORDERED:

1. That Republic's motion to sever is DENIED;

2. That the stay of proceedings related to Republic's third-party complaint is LIFTED; and

3. That with respect to Republic's third-party complaint only, the following deadlines are in effect:

 a. Third-party plaintiff's experts must be designated by 5/15/12;

 b. Third-party defendants' experts must be designated by 6/15/12;

 c. Discovery shall be completed by 8/15/12; and

 d. Any dispositive motions must be filed by 8/30/12.

This, the 16th day of March, 2012.

             /s/ Jane M. Virden
             UNITED STATES MAGISTRATE JUDGE